**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:                                                          Case No.: 12-39176-JKO

JOSEPH LOUIS CHIOFALO,                          Chapter 7

      Debtor,

_____/

## MOTION TO RE-OPEN CASE, RE-INSTATE THE STAY ON COLLECTION ACTIVITY, TO RECEIVE DISCHARGE

**COMES NOW**, the Debtor, JOSEPH LOUIS CHIOFALO, by and through undersigned counsel, and moves this Honorable Court to re-open the above styled bankruptcy matter, pursuant to 11 U.S.C. § 350(b), and Federal Rules of Bankruptcy Procedures Rule 5010 for purpose of stripping liens and receive a Discharge as outlined below:

1. Debtor's Chapter 7 Bankruptcy Petition was filed on December 5, 2012 and, subsequently Discharge on or about March 15, 2013.

2. Debtor has submitted the required filing fee of two hundred sixty dollars ($260.00) with the filing of this Motion.

3. The Debtor is seeking to value collateral and strip lien judgment creditor, Arbor Green at Deer Creek Homeowners Association, Inc. (see hereto attached as exhibit "A")

4. No parties are prejudiced by the reopening of this matter or the issuance of the requested discharge.

**WHEREFORE**, Debtor requests that this bankruptcy file be reopened so that he may proceed with filing a Motion to Value Collateral and Strip Lien and obtain a discharge.

**Respectfully submitted this** __30th__ day of May, 2013.

**LAW OFFICES OF DANIEL G. GASS, P.A.**

By: _____/s/ Daniel G. Gass, Esq._____
        Daniel G. Gass, Esquire
        Fla. Bar. No.: 19569
        10001 Northwest 50th Street, Suite 204
        Sunrise, Florida 33351
        Tel.: (954) 741-8228
        Fax: (954) 746-7690
        email: dannycpalaw@bellsouth.net

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy the foregoing was served electronically via

CM/ECF on this __30th__ day of May, 2013 on all counsel or parties of record on the Service List

below.

**SERVICE LIST**

Marc P. Bannat, Trustee
2255 Glades Road #337W
Boca Raton, Florida 33431

**LAW OFFICES OF DANIEL G. GASS, P.A.**

By: _____/s/ Daniel G. Gass, Esq._____
          Daniel G. Gass, Esquire
          Fla. Bar. No.: 19569
          10001 Northwest 50th Street, Suite 204
          Sunrise, Florida 33351
          Tel.: (954) 741-8228
          Fax: (954) 746-7690
          email: dannycpalaw@bellsouth.net

**EXHIBIT**

**A**

exhibitsticker.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:                                                                Case No.: 12-39176-BKC-JKO

JOSEPH LOUIS CHIOFALO,                          Chapter 7

      Debtor,

_____/

**MOTION TO VALUE COLLATERAL AND STRIP LIEN**

**IMPORTANT NOTICE TO CREDITORS:**
**THIS IS A MOTION TO VALUE COLLATERAL AND STRIP LIEN**

**This Motion seeks to value collateral described below securing the claims of the creditors listed below and strip judgment lien holder, Arbor Green at Deer Creek Homeowners Association, Inc.**

**If you have not filed a proof of claim, you have until the later of the claims bar date or 20 calendar days from the date this motion was served on you to file a proof of claim or you will be deemed to have waived the right to payment of any unsecured claim to which you might otherwise be entitled. [See Local Rule 3015-3(A)(4).]**

The debtor files this Motion to Value Collateral pursuant to 11 U.S.C. §506(a), Bankruptcy Rule 3012, Local Rule 3015-3 and seeks to value collateral securing the claims of the creditor(s) listed below and value of the collateral.

| Description of Collateral and Value of Collateral | Secured Creditor | Secured Portion | Unsecured Portion |
|---|---|---|---|
| **2988 Country Club Blvd., Deerfield Beach, FL 33442**<br><br>**FMV: $140,000.00** | **$ 306,813.00**<br><br>**Chase Manhattan Mtg 3415 Vision Dr. Mail Code Oh4-7133 Columbus, OH 43219** | **$ 140,000.00** | **$ 166,813.00** |
| | **$ 80,000.00**<br><br>**City National Bank Ocwen Loan Serivce P.O. Box 24738 WPB, FL 33416** | **$ -------- 0 --------** | **$ 80,000.00** |

| 2988 Country Club Blvd., Deerfield Beach, FL 33442<br><br>FMV: $140,000.00 | $ 10,000.00<br><br>Arbor Green at Deer Creek Homeowners Association, Inc.<br>c/o Stevens & Goldwyn<br>3800 S. Ocean Dr. #222<br>Hollywood, FL 33019 | $--------0--------- | $ 10,000.00 |
|---|---|---|---|

The debtor further states that:

Upon the filing of this motion, the debtor reviewed the docket and claims register and states that:

No claims have been filed with respect to the debt that the collateral listed above is sufficient to secure their second positioned mortgage.

**NOTICE IS HEREBY GIVEN THAT:**

1.    In accordance with the rules of this court, unless an objection is filed with the court and served upon the debtor, the debtor's attorney, and the trustee, Leslie Osborne, at or before the hearing scheduled in this matter, the value of the collateral may be established as the amount as stated in the petition and in this motion without further notice, hearing or order of the court.  Pursuant to Local Rule 3015-3(A)(3), timely raised objections will be heard at the hearing scheduled on the motion.

2.    The undersigned acknowledges that this motion and notice of hearing must be served pursuant to Bankruptcy Rule 7004 and Local Rule 3015-3 at least 20 days prior to the hearing date and that a certificate of service must be filed when the motion and notice of hearing are served.

**Respectfully submitted this**  30th  day of May, 2013.

**LAW OFFICES OF DANIEL G. GASS, P.A.**

By:      /s/ Daniel G. Gass, Esq.
Daniel G. Gass, Esquire
Fla. Bar. No.: 19569
10001 Northwest 50th Street, Suite 204
Sunrise, Florida 33351
Tel.: (954) 741-8228
Fax: (954) 746-7690
Email: DannyCPALaw@bellsouth.net