

**ORDERED in the Southern District of Florida on November 18, 2013.**

**John K. Olson, Judge**
**United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                                          Case No. 12-39176-JKO
                                                                Chapter 7
JOSEPH LOUIS CHIOFALO,

_____Debtor_____/

**ORDER DENYING OBJECTION TO MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY**

This matter came before the Court on November 12, 2013 on the Debtor's Amended Motion to Value and Determine Secured Status of Lien on Real Property (D.E. #30) (the "Motion"). The Court has reviewed the Motion and Creditor Arbor Green at Deer Creek Homeowners Association Inc.'s ("Arbor Green") objection to the Motion (D.E. #37) and has heard the arguments of counsel. For the reasons stated on the record, it is ordered as follows:

1.      The Motion is denied without prejudice to the Debtor filing a renewed motion relating only to Arbor Green's prepetition secured claim.

2.      The automatic stay arising from this bankruptcy case is not presently in effect.

Accordingly, Arbor Green is permitted to continue its foreclosure action currently pending against the Debtor in the County Court of Broward County notwithstanding this Court's prior entry of the Order Reopening Case (D.E. #28).

Michael S. Hoffman
Hoffman, Larin & Agnetti, P.A.
Counsel for Arbor Green
909 North Miami Beach Boulevard, # 201
Miami, Florida 33162
Phone: (305) 653-5555
Fax: (305) 940-0090
E-mail: mshoffman@hlalaw.com

Attorney Hoffman shall serve a copy of the signed order on all parties served with the motion and shall file with the court a certificate of service conforming with Local Rule 2002-1(F).